UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY MCLEAN,

Plaintiff,

- against -

ALASTIN SKINCARE, INC., ET AL.,

Defendants.

26-cv-8451 (JGK)

Order

**John G. Koeltl, District Judge:**

The plaintiff filed the complaint on September 28, 2026. ECF No. 1. On October 6, 2026, the plaintiff served defendant Alastin Skincare, Inc. ("Alastin"). ECF No. 7. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Alastin was therefore required to answer or otherwise respond by October 27, 2026.

To date, Alastin has failed to do so. The time for Alastin to answer or respond to the complaint is extended until **November 10, 2026.** Failure to respond to the complaint by this date may result in the entry of a default and a default judgment against Alastin. The plaintiff is directed to serve this Order on Alastin by **November 3, 2026**, and to file proof of service on the docket.

**SO ORDERED.**

**Dated:** New York, New York
October 28, 2026

John G. Koeltl
United States District Judge