Joseph & Norinsberg
Fighting for Employee Justice

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, New York 10007

**Midtown Manhattan Office**
825 Third Avenue, Suite 2100
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Avenue, Suite 832
Winter Park, Florida 32790

November 9, 2026

**Via ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

11/11/26 [signature]
John G. Koeltl, U.S.D.J.

**Re: *McLean v. Alastin Skincare, Inc. et al.***
**Case No. 1:26-cv-08451-JGK**

Dear Judge Koeltl:

This firm represents Plaintiff Kelly McLean in the above-referenced action. We write jointly with, and on behalf of, Defendant Alastin Skincare, Inc.. We respectfully request a thirty (30) day extension of Defendants' time to answer, move, or otherwise respond to the Complaint, from November 10, 2026 to December 9, 2026. Plaintiff consents to this request.

Defendant was served with the Summons and Complaint on October 6, 2026, and their response is currently due on November 10, 2026. Defendants have told the undersigned that they are in the process of retaining counsel to represent them in this matter. Defendants have not yet appeared through counsel, so Plaintiff's counsel is submitting this letter as a courtesy, with Defendants' authorization.

This is the first request for an extension of this deadline. The requested extension will not affect any other scheduled dates, as no initial conference has yet been scheduled.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
/s/ Robert Schonfeld
Robert L. Schonfeld, Esq.

Cc: Alastin Skincare, Inc.